2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: Case No.: 2:16-bk-09691-DPC

KEN VOLK Chapter: 13
*Debtor(s)*

---

ANNALISA ALVRUS Adversary No.: 2:17-ap-00004-DPC
*Plaintiff(s)*

*v.*

KEN VOLK
*Defendant(s)*

FILED
JAN 23 2017
CLERK U.S. BANKRUPTCY COURT, DIST. OF AZ

---

## CERTIFICATE OF SERVICE

I, Annalisa Alvrus (name), certify that service of this summons and a copy of the complaint was made on Ken Volk, (name of defendant), on Jan. 12, 2017 (date) by:

Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☒ Kenneth Volk, 1200 W. 6th Str., Tempe AZ 85281 Tracking No. 9505511635277012-088102

Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐

Residence Service: By leaving the process with the following adult at:

☐

– – – CERTIFICATE OF SERVICE CONTINUES ON NEXT PAGE – – –

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: the defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of __________________, as follows [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I futher certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 1/17/17

Signature [signature]

Print Name : Annalisa Alvras

Business Address : 2035 W. Obispo Ave
Mesa AZ 85202



50603001386036